JOHN THOMAS VAUGHN,
        Petitioner,
v.
UNITED STATES OF AMERICA,
        Respondent.

**Judgment in a 2255 Case**

Criminal Case No. 7:11-CR-85-D
Civil Case Number: 7:14-CV-38-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for consideration of the petitioner's Motion to Withdraw Remaining Claim of Ineffective Assistance of Counsel.

**IT IS ORDERED AND ADJUDGED** that all of the claims in Vaughn's section 2255 motion having been dismissed earlier in the action with the exception of his claim that his attorney failed to file a notice of appeal, petitioner's Motion to Withdraw Remaining Claim of Ineffective Assistance of Counsel is granted and this action is hereby dismissed.

<u>This Judgment Filed and Entered on March 2, 2015, with service on:</u>
Geoffrey Ryan Willis (via CM/ECF Notice of Electronic Filing)
Seth Morgan Wood (via CM/ECF Notice of Electronic Filing)

March 2, 2015                             /s/ Julie Richards Johnston
                                                           Clerk

Raleigh, North Carolina