IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

**FILED**

NOV 19 2018

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

JOHN VAUGHN

    Petitioner

V.                          CASE NO. 7:11-cr-00085-D-1

UNITED STATES OF AMERICA

    Respondent

---

## MOTION TO SEAL RECORD

---

    Comer now John Vaughn pro se Petitioner humbly requesting that the Court grant this motion to seal the record and remove the information from LEXIS NEXIS.

### ARGUMENT AND SUPPORTING FACTS

Part A.

Supporting Facts.

    The Petitioner filed for the Honorable Court's consideration a motion pursuant to 18 U.S.C. § 3582(2)(c). The Court denied this motion and along with approximately 30 other decisions published them on LEXIS NEXIS. THE LEXIS NEXIS SYSTEM is the service installd in the by the Federal Bureau of Prisons on the Inmate Electronic Law Library system, that allow inmates access to the service in preparing their cases.

    The Petitioner was originally sentenced by the Honorable Court to a term of imprisonment of 252 months with a three year term of supervised release imposed.

    This sentence partially was based on the Petitioner's

substantial assistance, in which the Government moved for and the Court granted pursuant to U.S.S.G. § 5K1.1.

PART B.

Argument to Seal.

The problem arises from the fact that the information contained in Petitioner's substinial assistance is now contained in the Court's denial of his §3582(c)(2) which is contained on the inmate law library system.

This information contained in the denial of the §3582(c)(2) though true creates a sinificant risk to his safety and well being. In a correctional environment a person who cooperates has additional problems up and above what already occurs in a correctional environment.

The publishing of the case history in regards to the Government's motion pursuant to §5K1.1, is causing the Petitioner safety issues.

## CONCLUSION

Petitioner contends that publishing the information on LEXIS NEXIS is a security and safety issue requiring that the Court seal the proceedings and have the cite removed from the NEXIS LEXIS system before it causes the Petitioner harm..

## RELIEF REQUESTED

Petitioner requests that the Court first seal the record as to the §3582(c)(2), proceedings, as well as the issue of his cooperation contained in the record. Petitioner further requests that the Court have the information removed from the LEXIS system.

Petitioner humbly prays that the Court will grant the foregoing and issue any and all appropriate orders.

## DECLARATION

I John Vaughn do declare under the penalty of perjury that the foregoing is true and correct pursuant to Title 28 U.S.C. § 1746 on this 13th day of November 2018.

Respectfully submitted,

*[signature]*

John Vaughn

Reg. No. 55968-056

FCI Edgefield

P.O. Box 725

Edgefield, SC 29824

## CERTIFICATE OF SERVICE

I John Vaughn do certify that the following motion to seal the record was sent via U.S. Mail with First Class Postage affixed to the Clerk of Court, U.S. District Court, District of South Carolina, on this 13th day of November, 2018.

*[signature]*

John Vaughn

Reg. No. 55968-056

FCI Edgefield

P.O. Box 725

Edgefield, SC 29824